UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| PAUL HARDY | * | |
| LEN DAVIS | | |
| DAMON CAUSEY | * * * | |

## GOVERNMENT'S WITNESS LIST

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, who respectfully represents that the following witnesses may be called to testify at the trial in the above-captioned matter:

The following 16 NOPD Personnel may be reached at:

New Orleans Police Department
715 S. Broad Street
New Orleans, LA 70119

Superintendent Richard Pennington
Glen Washington
Det. Norbert Zenon
James F. Ducos
Mjr. Felix Loicano
Det. Eric Hessler
Sgt. Joseph Hebert
Lawrence L. Labry
Glen Shelmire
Jose Lopez
Timothy Sorenson
Lewis Shaw
John Bondio
D. Trahan
Galmon
Gary Washington

William Lecke
Radiofone, Inc.
Metairie, LA 70002

Rica Miller
New Orleans, LA

Sonya Thomas
New Orleans, LA

Clara Michel
BellSouth Telecommunications
New Orleans, LA

Jim Churchman
Louisiana State Police Crime Laboratory
Baton Rouge, LA 70896

The following 9 FBI Personnel may be reached at:

Federal Bureau of Investigations
Headquarters
Washington, DC

Marsha Cecil
Louis Gale Hupp
Jacqueline Lee
Charles Peters
Bruce Wayne Hall
Richard Stuart, Jr.
Arlene C. Chase
James Cadigan
Gene Shepphard

Dawn DeDeaux
New Orleans, LA

Kathy Sherwood
Arabi, LA

Lorraine Ford
New Orleans, LA

Gail Slack
New Orleans, LA

Arthur Triggs
New Orleans, LA

Ken Fechtler
Bisso Marine
New Orleans, LA 70178

Tim Harris
Elliots
Jefferson, LA

Lou Theriot
d/b/a Jefferson Indoor Shooting Center
Harahan, Louisiana

2685

Mike Doyle
New Orleans, LA

Susan Garcia
New Orleans, LA

Nathan Norwood
New Orleans, LA

Sharon Norwood
New Orleans, LA

Nathaniel Norwood
New Orleans, LA

Roland Smith
New Orleans, LA

Juan DeGruy
Criminal Sheriff's Office
New Orleans, LA

Gilbert Ancira
New Mexico

William R. Alpaugh
New Orleans, LA

Steve Jackson
c/o Mr. Rudy Gorrell
New Orleans, LA

Sammie Williams
c/o Mr. Blake Jones
New Orleans, LA

BellSouth Mobility
New Orleans, LA

Larry Smith
c/o Mr. Provino Mosca
New Orleans, LA

Patricia Adams
New Orleans, LA

Dimitrius Boulieu
New Orleans, LA

The following 13 FBI Personnel may be reached at:

Constantine D. Georges
United States Attorney's Office
501 Magazine Street, 8th Floor
New Orleans, LA

Erma Reese
Michael Timko
Bradley Michael
Ronald Curtis
Karen Jenkins
Eric Vasys
Kathleen Adams
Karen Nelson
Ricky Hill
Janie Robinson
Stacy Zechenelly
Don Dixon
Stan Hadden

Nelson 'Lil June' Richard
New Orleans, LA

RESPECTFULLY SUBMITTED,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
CONSTANTINE D. GEORGES
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 8th Floor
New Orleans, Louisiana 70130
Telephone No: 504-589-3510
Bar Roll No: 6021

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for all names by mailing the same to each, properly addressed and postage prepaid this _____ day of _____, 19____

_____
Assistant United States Attorney

2687