UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                                          NO. 94-381

PAUL HARDY                                          SECTION "C"

ORDER AND REASONS

IT IS ORDERED that the government's motion for reconsideration is DENIED.

(Rec. Doc. 1840).  After reviewing the pleadings, and reading an extensive amount of

additional cases, state and federal, the Court is satisfied that its original ruling is correct

and soundly based.

IT IS FURTHER ORDERED that the defendant's motion to seal affidavit is

DISMISSED as MOOT.  (Rec. Doc. 1895).  The Court found it unnecessary in its review

to consider the affidavit by defense counsel Michelle Fournet attached to the

defendant's opposition, and it shall be returned to her, unread.  The opposition shall be

filed into the record.

IT IS FURTHER ORDERED that the *Atkins* hearing remains set for February 2,

2009, at 10:00 a.m.

New Orleans, Louisiana, this 1st day of December, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE