# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30617

**A True Copy**
**Certified order issued Apr 08, 2019**

UNITED STATES OF AMERICA,

*Jyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Plaintiff-Appellee

v.

PAUL HARDY, also known as P, also known as Cool Hardy,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Assisted by counsel, Paul Hardy, federal prisoner # 24329-034, seeks a certificate of appealability (COA) to appeal the denial of a 28 U.S.C. § 2255 motion challenging his conviction for conspiring to violate Kim Groves's civil rights by use of excessive force resulting in her death in violation of 18 U.S.C. § 241 and for violating Groves's civil rights by use of excessive force in shooting her with a firearm resulting in her death in violation of 18 U.S.C. § 242. Hardy contends that his trial counsel was ineffective for failing to conduct an adequate pretrial investigation, to advise Hardy of consequences of his plea, to seek a plea deal, to challenge the jury instructions, to object to the multiplicity of the indictment, to review the presentence report with Hardy, and to challenge sentencing enhancements that constructively amended the indictment. He contends that his appellate counsel was ineffective for failing

No. 18-30617

to appeal the multiplicity and constructive amendment of the indictment. Hardy also asserts that the district court should have granted an evidentiary hearing before denying his claims.

A COA will be issued only if the movant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). He satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Hardy has not made such a showing with respect to any of his claims. Accordingly, the motion for a COA is DENIED.

_____
KURT D. ENGELHARDT
UNITED STATES CIRCUIT JUDGE