**EXHIBIT 2:**
"Individualized Needs Plan - Program Review"
"Certifications of Accomplishments"



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 00614722
Dept. of Justice / Federal Bureau of Prisons                Team Date: 02-21-2025
Plan is for inmate: HARDY, PAUL  24329-034

| | | |
|---|---|---|
| Facility: | MCR MCCREARY USP | Proj. Rel. Date: UNKNOWN |
| Name: | HARDY, PAUL | Proj. Rel. Mthd: LIFE |
| Register No.: | 24329-034 | DNA Status: THP02669 / 01-19-2012 |
| Age: | 57 | |
| Date of Birth: | 10-14-1967 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MCR | ORD 4A AM | UNIT 4A ORDERLY AM | 01-08-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MCR | ESL HAS | ENGLISH PROFICIENT | 08-24-1999 |
| MCR | GED EARNED | GED EARNED IN BOP | 02-21-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MCR | | ADVANCED LEATHER 3 M-F 1730 | 10-18-2024 | CURRENT |
| MCR | C | INTERMEDIATE LEATHER M-F 5-7PM | 08-08-2024 | 10-18-2024 |
| MCR | C | BEGINNING LEATHER M-F 5-7 PM | 04-19-2024 | 07-25-2024 |
| MCR | C | DIABETES AT RISK INMATES | 11-15-2023 | 03-20-2024 |
| MCR | C | GED BLUE 1 MR. GRUBB RM 1 | 09-22-2022 | 03-15-2023 |
| MCR | C | RPP HEALTH/NUTRITION PARTIN | 09-21-2022 | 09-21-2022 |
| MCR | C | RPP RELEASE PROCEDURES PARTIN | 09-21-2022 | 09-21-2022 |
| MCR | W | GED YELLOW 2 MR. GRUBB RM 1 | 09-15-2022 | 09-22-2022 |
| LEE | W | GED E R4-1 | 12-19-2018 | 08-08-2022 |
| LEE | C | SELF STUDY COPING WITH DEBT | 09-04-2021 | 10-07-2021 |
| LEE | C | IN CELL SELF STUDY-COMM | 08-07-2021 | 08-27-2021 |
| LEE | C | IN CELL SELF STUDY-JOB SEARCH | 07-24-2021 | 07-31-2021 |
| LEE | C | IN CELL SELF STUDY - CDL | 06-08-2021 | 06-23-2021 |
| LEE | W | GED 900-1030 ROOM 4 | 02-01-2017 | 12-19-2018 |
| LEE | C | RPP6 VICTIM IMPACT PANEL | 08-16-2017 | 08-16-2017 |
| LEE | C | WEIGHT MANAGEMENT PROGRAM | 04-19-2017 | 06-14-2017 |
| LEE | C | RPP1 AIDS AWARENESS | 03-17-2017 | 03-17-2017 |
| LEE | C | RPP5 RPP ORIENTATION | 03-17-2017 | 03-17-2017 |
| POL | W | AM GED 3 | 02-02-2015 | 12-14-2016 |
| POL | C | ACE BLACK HISTRY | 12-29-2015 | 04-04-2016 |
| POL | C | ACE ANCIENT CIVIL | 09-29-2015 | 12-28-2015 |
| POL | C | MODERN MARVELS | 06-30-2015 | 09-29-2015 |
| POL | C | MODERN MARVELS | 04-01-2015 | 06-23-2015 |
| POL | C | 6 ETIQUETTE AND COMMUNCATION | 04-01-2015 | 06-23-2015 |
| POL | C | COMM DR LIC BASICS 6:30-8:30 | 04-01-2015 | 06-23-2015 |
| POL | C | ACE FORKLIFT CLASS | 04-01-2015 | 06-23-2015 |
| POL | W | PM PGED 1 G | 09-18-2014 | 02-02-2015 |
| POL | C | ACE NATURE ASSN | 10-21-2014 | 12-29-2014 |
| POL | C | EGYPT VIDEO CLASS | 07-21-2014 | 10-20-2014 |
| POL | C | ACE AMER GOV | 07-21-2014 | 10-20-2014 |
| POL | W | PGED UNICOR AT 0730-0900AM M-F | 09-11-2014 | 09-18-2014 |
| POL | W | MON-FRI SHU GED CLASS | 08-13-2014 | 09-11-2014 |
| POL | W | PM PGED 4 | 02-28-2014 | 08-13-2014 |
| POL | W | PM PGED 1 D | 08-20-2012 | 02-28-2014 |
| THA SCU | W | SCU GED SELF STUDY-12-1PM | 07-24-2003 | 03-07-2005 |

Archived as of 02-24-2025    Individualized Needs Plan - Program Review   (Inmate Copy)    Page 1 of 4



| | Individualized Needs Plan - Program Review    (Inmate Copy) | SEQUENCE: 00614722 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-21-2025 |
| | Plan is for inmate: HARDY, PAUL  24329-034 | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA SCU | W | SCU GED SELF STUDY PROGRAM | 08-25-1999 | 08-17-2000 |
| THA SCU | C | ART | 04-05-2000 | 08-09-2000 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-23-2012 |
| CARE2 | STABLE, CHRONIC CARE | 09-22-2022 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 09-04-2022 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 01-29-2019 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 09-22-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-22-2022 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 01-04-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-12-2023 |

**FRP Payment Plan**

Most Recent Payment Plan

| FRP Assignment: | NO OBLG    FINANC RESP-NO | | Start: 08-21-2024 |
|---|---|---|---|
| Inmate Decision: | AGREED    $150.00 | Frequency: | MONTHLY |
| Payments past 6 months: | $0.00 | Obligation Balance: | $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $200.00 | IMMEDIATE | EXPIRED |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | REST FV | $3,593.05 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $1,749.15       Payments commensurate ?  Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-08-2024 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-14-2025 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-14-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-14-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-14-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-14-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-14-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-14-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-14-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-14-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-14-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-14-2025 |
| N-WORK Y | NEED - WORK YES | 01-14-2025 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**      SEQUENCE: 00614722
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 02-21-2025
Plan is for inmate: HARDY, PAUL  24329-034

| Assignment | Description | Start |
|---|---|---|
| PREF HOUSE | EBRR INCENTIVE PREFER HOUSING | 02-19-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-14-2025 |

### Progress since last review
You have programmed well. You have maintained clear conduct and satisfactory performance reviews.

### Next Program Review Goals
Enroll in and complete three self-study recreation or education courses prior to your next review.

### Long Term Goals
You have been identified as having an Anger/Hostility program need. You should enroll in and complete the Anger Management class, offered by Psychology, prior to release.
You have been identified as having an Antisocial Peers program need. You should enroll in and complete the Criminal Thinking class, offered by Psychology, prior to release.
You have been identified as having a Cognitive need. You should enroll in and complete the Basic Cognitive Skills class, offered by Psychology, prior to release.
You have been identified as having a Medical need. You should enroll in and complete the Getting to Know Your Healthy Aging Body Program, offered by Recreation, prior to release.
You have been identified as having a Trauma need. You should enroll in and complete the Cognitive Process Therapy Program, offered by Psychology, prior to release.
You have been identified as having a Work/Vocational need. You should enroll in and complete a Vocational Training or Occupational Education Program, such as HVAC, Maintenance Electrician, Painter, or VT Electrician Trainee offered by Education or facilities, prior to release.

### RRC/HC Placement
No.
Management decision - Life sentence.

### Comments
Maintain clear conduct and high sanitation standards.



USP MCCREARY

THIS CERTIFIES THAT

HARDY #24329-034

is awarded this certificate for successfully completing the FSA class:

INSIDE & OUT

06/16/2024

Recreation Specialist,
J. Strunk

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Hardy 24329-034

HAS SUCCESSFULLY COMPLETED

### LEATHER 1

RECREATION SPECIALIST K. PATTERSON/K. Patterson

7-25-2024



FEDERAL BUREAU of PRISONS



# PRISON FELLOWSHIP

## This CERTIFICATE of COMPLETION

### Is Presented to

**Paul Hardy**

for the Successful Completion of

**A New Freedom**

*"A bruised reed he will not break,
A smoldering wick he will not snuff out;
In faithfulness he will bring forth justice."*
—Isaiah 42:3

_____    1-25-14
Instructor                                Date

Prison Fellowship and BreakPoint are ministries of PFM.

# U.S.P. LEE RECREATION DEPARTMENT

## CERTIFICATE OF ACHIEVEMENT

THIS CERTIFICATE CERTIFIES THAT INMATE:

### HARDY, PAUL #24329-034

Has successfully completed the U.S.P. Lee Wellness Program

### ADVANCED CIRCUIT TRAINING CLASS

Given this 24th day of July 2018

*B. Davidson*

B. Davidson, Recreation Specialist

# Certificate
## of Completion

Presented to:

## PAUL HARDY #24329-034

For successfully completing the Drug Abuse Education Course.

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol or drug use and consider the need for treatment.

2023, April 12
DATE

D. Morgan
DTS, USP MCCREARY

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

**ACE**

**ETTIQUETTE AND COMMUNICATION**

and is entitled to the benefits it incurs.

Awarded this the 30th day of June, 2015

G. MOFFETT, ACE Coordinator

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

## ACE
## MODERN MARVELS

and is entitled to the benefits it incurs.

Awarded this the 30th day of June, 2015

G. MOFFETT, ACE Coordinator

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

**ACE**

**Nature's Assassins**

and is entitled to the benefits it incurs.

Awarded this the 29th day of December, 2014,

_____
D. Clendenin, ACE Coordinator

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

**ACE**

**American Government**

and is entitled to the benefits it incurs.

Awarded this the 6th day of October, 2014,

_D. Clendenin, ACE Coordinator_

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

**ACE**

**Egypt**

and is entitled to the benefits it incurs.

Awarded this the 6th day of October, 2014,

_____
D. Clendenin, ACE Coordinator

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

## ACE

## Lost Civilization

and is entitled to the benefits it incurs.

Awarded this the 29th day of December, 2015

_____
G. MOFFETT, ACE Coordinator

# Certificate of Completion

This certifies that:

**Paul Hardy (24329-034)**

Completed 4 hours of

**Victim Impact Seminar**

at the

**United States Penitentiary, Lee County, VA**



L. Collins, Counselor, D. Willis, Counselor, E. Anderson, Case Manager

August 16, 2017

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## HARDY # 24329-034

HAS SUCCESSFULLY COMPLETED THE

LEATHER 2

RECREATION SPECIALIST, K. PATTERSON

10-24-2024

Company Logo

# Certificate of Achievement

This is to certify that

## Paul Hardy

has completed the necessary course work for

**ACE**

**CDL**

and is entitled to the benefits it incurs.

Awarded this the 30th day of June, 2015

G. MOFFETT, ACE Coordinator



This

# CERTIFICATE of COMPLETION

Is Presented to

Paul Hardy

for the Successful Completion of

Building On God's Foundation: A New Community

> "A bruised reed he will not break,
> A smoldering wick he will not snuff out;
> In faithfulness he will bring forth justice."
> —Isaiah 42:3

_F. Chappelle_   February 17, 2014
Instructor                    Date

Prison Fellowship and BreakPoint are ministries of PFM.