PAUL HARDY
REG. NO. 24329-034
USP MCCREARY
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY 42635

September ___, 2025

Ms. Carol L. Michel
Clerk of Court
U.S. District Court
Eastern District of Louisiana
New Orleans Division
500 Poydras Street, Room C-151
New Orleans, LA 70130

    RE:   *Hardy v. United States*
           Crim No. 2:94-cr-00381-ILRL-MBN-2

Dear Ms. Michel:

    Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                            Sincerely,

                                            /s/ Paul Hardy
                                            PAUL HARDY
                                            Appearing *Pro Se*

*Encl. as noted*

PAUL HARDY
REG. NO. 24329-034
USP MCCREARY
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY 42635

September __, 2025

Ms. Carol L. Michel
Clerk of Court
U.S. District Court
Eastern District of Louisiana
New Orleans Division
500 Poydras Street, Room C-151
New Orleans, LA 70130

    RE:    *Hardy v. United States*
              Crim No. 2:94-cr-00381-ILRL-MBN-2

Dear Ms. Michel:

    Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                      Sincerely,

                                      */s/ Paul Hardy*
                                      PAUL HARDY
                                      Appearing *Pro Se*

*Encl. as noted*

10/12/25

Ms. Michel,

Due to lockdowns + the Copy Machine be down sometime. I wanted to send the Govt. a copy; but I heard Michael McMahn isn't there anymore. So I wouldn't know who to send it to. Could you please send a copy to the Govt.? I received my GED it's on my program review. I mailed my GED Certificate to my kids. If you need proof I'll send it. I'm also in a Program Dorm.

Thank You
Paul Hardy