U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Dec 10 2025

CAROL L. MICHEL
CLERK
bwn                    Mail

Judge Lemelle,

How are you? I'm writing you to ask for an extension? Judge, I'm in a Program unit we stay on lockdown, and I can't get anything done most of the times. I have a white guy helps me. I have to fill out an electronic Copyout to go to the Law Library but if we're lockdown I can't go so I have to fill out another Copyout and try again. The same goes with Canteen to buy a Copy Card. If somebody in this unit is pending SHU they skip this unit Canteen. Judge Lemelle, I'm giving you a heads up. I pray You can give me a li'l more time then Dec. 12, 25?

Thank You
Paul Hardy

P.S.
Today is Nov. 21, 2025
I haven't got the Govt. Response to my Compassion Release + were on lockdown

TRULINCS  24329034 - HARDY, PAUL - Unit: MCR-C-B

---

FROM: 24329034
TO: Education Yellow
SUBJECT: ***Request to Staff*** HARDY, PAUL, Reg# 24329034, MCR-C-B
DATE: 11/14/2025 08:58:55 AM

To: law library
Inmate Work Assignment: orderly

I would like to be add on the law library list to go over my case.
Thank you.

Your Honor,

We been locked down since last Thursday. Today is the 24th. I still haven't received the govt. response again. Can I please get more time?

Thank You
Paul HARDY
24329-034