U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   Feb 3 2026
CAROL L. MICHEL
CLERK
cf                    Mail

1/26/26

CLERK OF COURT,

I wanted to send my letter + Character letters in at the same time, with the Reply. The Mail runs any kind of way here. Everything never on time. I had to wait for my kids letters to come. If its too late I understand I wanted it to go to the Judge. Could you Please give it to Honorable Judge IVAN LEMELLE

Thank You
Paul Hardy

United States V. HARDY
Crim NO. 2:94-cr-00381-ILRL-MBN-2

P.S.
My family told Me " I had untill the 21st of JAN. to turn in my Reply. If The COURT did give me an extension. I never received anything from the COURT in the Mail. Due to
① Snow Storm
② Staff shortness
③ Mail Room officers in training
④ Lock downs
+⑤ Food charts coming in the Unit where I can't make it to the Mail room.

TRULINCS 24329034 - HARDY, PAUL - Unit: MCR-C-B

----

FROM: 24329034
TO: Zilton, Cynthia
SUBJECT: RE: RE: Reply
DATE: 01/15/2026 01:07:20 PM

Hey Baby, You wouldn't believe I went to mail the compassion release off today Jan. 15, 2026
They told me " There in Trainning, Nobody in the Mail Room."
Could you Believe that 😡?
..Love Paul

Mailed JAN. 16. 2025

```
   MCRC7            *       INMATE EDUCATION DATA      *      03-17-2023
   PAGE 001         *            TRANSCRIPT            *      07:59:40

REGISTER NO: 24329-034      NAME..: HARDY                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: MCR-MCCREARY USP

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
MCR  ESL HAS    ENGLISH PROFICIENT              08-24-1999 0001 CURRENT
MCR  GED EARNED GED EARNED IN BOP               02-21-2023 1414 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
MCR       GED BLUE 1 MR. GRUBB RM 1      09-22-2022  03-15-2023  P   C  P    87
MCR       RPP HEALTH/NUTRITION PARTIN    09-21-2022  09-21-2022  P   C  P     1
MCR       RPP RELEASE PROCEDURES PARTIN  09-21-2022  09-21-2022  P   C  P     1
MCR       GED YELLOW 2 MR. GRUBB RM 1    09-15-2022  09-22-2022  C   W  I     0
LEE       GED E R4-1                     12-19-2018  08-08-2022  P   W  I   536
LEE       SELF STUDY COPING WITH DEBT    09-04-2021  10-07-2021  P   C  P    10
LEE       IN CELL SELF STUDY-COMM        08-07-2021  08-27-2021  P   C  P     2
LEE       IN CELL SELF STUDY-JOB SEARCH  07-24-2021  07-31-2021  P   C  P     2
LEE       IN CELL SELF STUDY - CDL       06-08-2021  06-23-2021  P   C  P    15
LEE       GED 900-1030 ROOM 4            02-01-2017  12-19-2018  C   W  I     0
LEE       RPP6 VICTIM IMPACT PANEL       08-16-2017  08-16-2017  P   C  P     4
LEE       WEIGHT MANAGEMENT PROGRAM      04-19-2017  06-14-2017  P   C  P     6
LEE       RPP1 AIDS AWARENESS            03-17-2017  03-17-2017  P   C  P     1
LEE       RPP5 RPP ORIENTATION           03-17-2017  03-17-2017  P   C  P     1
POL       AM GED 3                       02-02-2015  12-14-2016  P   W  I  1095
POL       ACE BLACK HISTRY               12-29-2015  04-04-2016  P   C  P     9
POL       ACE ANCIENT CIVIL              09-29-2015  12-28-2015  P   C  P    12
POL       MODERN MARVELS                 06-30-2015  09-29-2015  P   C  P    14
POL       MODERN MARVELS                 04-01-2015  06-23-2015  P   C  P    14
POL       6 ETIQUETTE AND COMMUNCATION   04-01-2015  06-23-2015  P   C  P    12
POL       COMM DR LIC BASICS 6:30-8:30   04-01-2015  06-23-2015  P   C  P    18
POL       ACE FORKLIFT CLASS             04-01-2015  06-23-2015  P   C  P    12
POL       PM PGED 1 G                    09-18-2014  02-02-2015  C   W  I     0
POL       ACE NATURE ASSN                10-21-2014  12-29-2014  P   C  P    10
POL       EGYPT VIDEO CLASS              07-21-2014  10-20-2014  P   C  P    10
POL       ACE AMER GOV                   07-21-2014  10-20-2014  P   C  P     8
POL       PGED UNICOR AT 0730-0900AM M-F 09-11-2014  09-18-2014  C   W  I     0
POL       MON-FRI SHU GED CLASS          08-13-2014  09-11-2014  C   W  I     0
POL       PM PGED 4                      02-28-2014  08-13-2014  C   W  I     0
POL       PM PGED 1 D                    08-20-2012  02-28-2014  C   W  I     0
THA SCU   SCU GED SELF STUDY-12-1PM      07-24-2003  03-07-2005  P   W  I     0
THA SCU   SCU GED SELF STUDY PROGRAM     08-25-1999  08-17-2000  P   W  I   346
THA SCU   ART                            04-05-2000  08-09-2000  P   C  P    10
```

*Handwritten notes on transcript:* "Never" next to SCU GED SELF STUDY PROGRAM; "Never had Art" next to ART line.

```
---------------------------- HIGH TEST SCORES -------------------------------
TEST      SUBTEST        SCORE     TEST DATE    TEST FACL    FORM     STATE
ABLE      LANGUAGE       4.9       02-15-2000   THA          F
          NUMBER OPR     6.8       02-15-2000   THA          F
          PROB SOLV      8.0       02-15-2000   THA          F
          READ COMP     13.0       02-15-2000   THA          F

G0002         MORE PAGES TO FOLLOW . . .
```

*Handwritten note at bottom:* "I never took a test ~~Bulls~~ in Terre Haute. No movement plus we only come out a hour a day ~~except~~ on Sat + Sun. don't come out at all. they Just gave us books to study without any help."

```
MCRC7              *          INMATE EDUCATION DATA        *      03-17-2023
PAGE 002 OF 002    *               TRANSCRIPT              *      07:59:40

REGISTER NO: 24329-034      NAME..: HARDY                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: MCR-MCCREARY USP
```

Same

---------------------------- HIGH TEST SCORES ----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE 2000 | SPELLING Never | 8.6 | 02-15-2000 | THA | F | |
|  | VOCABULARY Never | 9.4 | 02-15-2000 | THA | F | |
| GED | AVERAGE | 458.0 | 02-10-2016 | POL | FAIL | DC |
| 2016 | LIT/ARTS | 440.0 | 02-10-2016 | POL | IE | DC |
|  | MATH | 390.0 | 06-13-2016 | POL | IC | DC |
|  | SCIENCE | 410.0 | 02-10-2016 | POL | IE | DC |
|  | SOC STUDY | 480.0 | 02-10-2016 | POL | IE | DC |
|  | WRITING | 610.0 | 02-10-2016 | POL | IE | DC |
| GED PRAC | AVERAGE | 440.0 | 08-28-2015 | POL | FAIL | |
|  | LIT/ARTS | 540.0 | 08-28-2015 | POL | PB | |
|  | MATH | 440.0 | 03-25-2016 | POL | PA | |
|  | SCIENCE | 450.0 | 05-08-2014 | POL | PE | |
|  | SOC STUDY | 530.0 | 05-08-2014 | POL | PE | |
|  | WRITING | 510.0 | 05-16-2014 | POL | PE | |
| GED READY | MATH | 144.0 | 01-18-2022 | LEE | RE | |
|  | RLA | 150.0 | 03-12-2019 | LEE | RDC | |
|  | SCIENCE | 151.0 | 09-10-2018 | LEE | RBC | |
|  | SOC STUDY | 160.0 | 11-07-2018 | LEE | RCC | |
| GED 2014 | MATH | 146.0 | 02-21-2023 | MCR | | |
|  | RLA | 145.0 | 12-13-2021 | LEE | | DC |
|  | SCIENCE | 150.0 | 10-04-2018 | LEE | | |
|  | SOC STUDY | 145.0 | 11-09-2018 | LEE | | VA |
| TABE A | BATTERY | 11.1 | 08-28-2015 | POL | 9 | |
|  | LANGUAGE | 8.3 | 08-28-2015 | POL | 9 | |
|  | MATH APPL | 11.4 | 08-28-2015 | POL | 9 | |
|  | MATH COMP | 11.3 | 08-28-2015 | POL | 9 | |
|  | READING | 11.3 | 08-28-2015 | POL | 9 | |
|  | TOTAL MATH | 11.6 | 08-28-2015 | POL | 9 | |
| TABE D | BATTERY | 5.7 | 09-10-2012 | POL | 9 | |
|  | LANG MECH | 3.2 | 09-10-2012 | POL | 9 | |
|  | LANGUAGE | 5.6 | 09-10-2012 | POL | 9 | |
|  | MATH APPL | 2.3 | 09-10-2012 | POL | 9 | |
|  | MATH COMP | 6.9 | 09-10-2012 | POL | 9 | |
|  | READING | 8.6 | 09-10-2012 | POL | 9 | |
|  | SPELLING | 12.9 | 09-10-2012 | POL | 9 | |
|  | TOTAL MATH | 4.4 | 09-10-2012 | POL | 9 | |
|  | VOCABULARY | 8.6 | 09-10-2012 | POL | 9 | |

2012

Voc ↔ 2000 9.4 → 2012 Voc 8.6
4.9 ↔ 2000    → 2012 Lan 5.6    2015 → 8.3

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

JAN. 15, 2026

Judge Lemelle,

Growing up in a violent environment with a Mother who had to navigate with kids by herself, and a abusive dad who only came by to beat her. Me witnessing this played a major part in my life that left me without functions of people of my peers. The Court ruled I'm Mentally Retarded. I didn't have sense to think for Myself and always used by people who I thought cared for Me, and I didn't have the heart to say No. I had alot of head Trauma 27 stitches on the left side of my head, and 16 stitches on my right side. On the left side I was unConscious for about 8 hours. I had a fight living in the Project at 11 A.M. a guy beat me with a stick I woke up it was night time. My bro Terry was holding me I felt pain the doctor was putting stitches in my head. I Couldn't catch on in School Vance Censer testified in my Atkins Hearing that he would try to help me with school work. I Can read but don't understand what certain words mean. My Dad, and grandfather would beat me alot I couldn't understand why. When my dad would come over to beat my Mom. one day he punched her in the Mouth, and told me to call her a "Bitch." I did it because I was afraid. I cried + told my Mom "I'm sorry." My grandfather raised my Mom because my grandmother left her. I loved my Mom so much she would do anything for us 6 boys, and 1 girl. She didn't have a education she would clean white folks houses. My Mom once told me "If I tell you what I went through you will cry." I asked her to tell me? She didn't

## II

My Mom passed in 2001 before she passed she visited Me. I asked her to tell me the truth, "what happened to you?" She told me "Her dad, and uncles raped her and kept her out of school." My Mom could cook, bake, + etc. Everything came together why I would get beaten alot, + my grandfather hated us telling my Mom to "Throw us in the River." He hated my dad also. I had so much hate in me as a child because, I didn't have anyone to help me. Through out these years I really found GOD + HIS Son JESUS. I grew up in Church but didn't understand I do now. I'm very remorseful, and ashame for the life I lived. I lost my son PAUL Curtis PRICE in 2023 to fentanyl. I'm devastated My first son. Jasmine Groves Posted RIP PAUL. My Son would be around them sometimes. I'm 58yrs old now, and I'm not the same person I use to be. I received my GED it took awhile, but I stuck with it. My kids turned out good thank GOD. JaQuetta Franklin Thomas who testified in my penalty phase has been in the AIR FORCE for 23yrs she's an E9 A chief in Germany. Ton. VanBuren my Three girls Mom. PAULA VANBuren is a RN nurse. TONYA is a LP and LORD says the same about 6month will also be a RN nurse and Paris our baby girl is married with 4 kids. My Twin Boys PAUL + Jamaul Taylor both were in the service PAUL the AIR FORCE + Jamaul the Marine. Jamaul is now a LAPD police officer + PAUL is a psychologist. I have 15 grandkids Your Honor, if you can find in your heart to have Mercy on me? I want let you down I have a Support group, I'll talk to trouble teens b/c I been there. Thank You

Paul Hardy

Character Letter for Paul Hardy

Paul Hardy is my biological father. I am an identical twin. I have a relationship with my father but my twin brother does not. My childhood was filled with trauma due to the circumstances that I was brought into. My father went to prison when I was six months old. My mother was young having to raise three boys on her own and when she was upset with my father she would take it out on me because I decided to keep my relationship with him. My twin, because of the way my mother would tell him things about our father, decided that he did not want a relationship with his father. Me and my twin would fight constantly because of the division in our household. Even three decades later we still have problems with each other because of what started with my father.

My father has many children. All of his kids, besides my twin brother, have a relationship with him and acknowledge him as our father. Even though he has not physically been present for us in over thirty years. This speaks volume to the character of Paul Hardy. Life is about growth and Mr. Hardy is not the same individual that he was three decades ago. The direction of growth is more important than the length. Mr. Hardy has grown substantially in his thirty years in federal custody and in positive ways. Mr. Hardy was diagnosed as mentally retarded. Yet, in his lifetime with constant efforts, was able to secure his General Educational Diploma (GED). Also, he was able to raise children who all would go on to do wonders for their communities and this country. Mr. Hardy would never get the opportunity to see his children do any of these things however. His children would never know what it was like to have a father physically supporting them in life. Raising children is not an easy task. I can say that because I have a son of my own. All of Mr. Hardy's children have children. Mr. Hardy is a grandfather to many. Even though my father was not physically present in my life he was always a guiding voice for me and would do his

best to make sure that I was being safe and pushing me to be the best version of myself. Mr. Hardy did this to all of his children, even my twin brother. None of us would have been able to be a pillar in our communities and for this country if it was not for the growth of Mr. Hardy. I must say again, Mr. Hardy is not the same individual that he was thirty years ago. He has shown what rehabilitation can do for an individual and one's family through extensive time. I would appreciate it greatly if you gave my father another opportunity at life. Near his family and where he can be a productive member of this country. Mr. Hardy has shown that he is capable of going to work and making an earning. He has several members of his family that can house him and make sure that he has food while he builds himself to go out on his own. Mr. Hardy has grown substantially and after thirty years I do believe that he is ready for a change. A change to become where prison does not allow him to attain.

I ask of you to have compassion on my father, Mr. Hardy, and release him from prison.

*Paul Taylor*

The Honorable Judge Lemelle Could of the U.S. District Court,

My name is Tonya Van Buren, and I am the middle daughter of Paul Hardy. He has been incarcerated for 30 years, and I am writing this letter to sincerely ask for compassionate release for my father. Life without him has been incredibly hard for me and our entire family.

Growing up, I never knew what it was like to have a father around. I have only heard stories about father-daughter love, guidance, and protection — things I never got to experience. When my mother went to jail trying to provide for us, I was left alone with her boyfriend, who molested me for years. My father wasn't there to protect me. Nobody was. I went through so much trauma alone as a child.

As I grew older, I tried to fill the emptiness of not having a father. I got into unhealthy relationships because I didn't know how to choose the right men. My father wasn't there to teach me. I endured pain and stayed in toxic situations because I didn't want my kids to grow up fatherless like I did. Over time, I learned I needed healing and therapy to break that cycle, and I have worked hard to do so. But even now, at 34 years old, I still crave the father-daughter connection I never had.

My brother was one of the only male figures I trusted. We were close, but he was hurting too. He took pills trying to cope and died suddenly. Losing him felt like losing another part of my father. After my brother passed, I rebuilt my relationship with my dad through short phone calls and brief visits, but it is still not enough. My father has missed every milestone — birthdays, graduations, weddings, and funerals. My children barely know him, and I long for them to experience the loving, changed man I know today.

Over the years, my father has done a tremendous amount of self-reflection and personal growth. While incarcerated, he learned and discovered that he has intellectual disabilities that went undiagnosed most of his life. Despite these challenges, he worked hard and earned his GED — something he is extremely proud of, and something that made us proud as well. He has used this achievement as motivation to keep improving himself.

My father now spends a lot of time talking to my children, especially my son, about the choices he made and the consequences he faced. He tries to guide them in a better direction so they never repeat the mistakes he did. He has expressed many times that he wants to work with young people if he is released — to teach them, mentor them, and show them that they can choose a different path. His goal is to make a positive difference in the community he once harmed.

Your Honor, I understand the seriousness of his past, but I also believe people can change — and my father truly has. After 30 years, he has paid a tremendous debt to society. Our family is ready to support him fully if he is released. I need my father, and my children need their grandfather.

I respectfully ask that you grant Paul Hardy the opportunity to come home. Please allow him to live out the remainder of his life surrounded by family, love, and healing.

Thank you for your time and compassion.

With deepest respect and hope,

Tonya Van Buren

Daughter of Paul Hardy

Laquetta Stevenson

3509 Parkmoor Village Dr., Apt. D

Colorado Springs, CO 80917

April 9, 2025

Honorable Judge Ivan L.R. Lemelle

United States District Court

Eastern District of Louisiana

RE: Request for Consideration of Clemency/Leniency for Paul Hardy

Dear Judge Lemelle,

My name is Laquetta Stevenson, and I am the niece of Paul Hardy, who has now spent 30 years incarcerated. I write to you with the utmost respect and sincerity to ask that you consider supporting or recommending clemency or leniency on his behalf.

Paul's incarceration began during a period of severe mental illness, a time when he lacked the stability, clarity, and support he desperately needed. Over the past three decades, he has shown extraordinary growth, accountability, and rehabilitation. He earned his GED, completed numerous educational and spiritual programs, and has become a trusted and positive influence within the prison community. He expresses deep, consistent remorse for his past actions and has taken full responsibility for the decisions that led to his imprisonment.

Paul is also a devoted father to eight children who continue to love, support, and communicate with him. Even from behind prison walls, he has remained emotionally present—offering guidance, encouragement, and wisdom to help them build meaningful lives. Our entire family stands ready to support him emotionally, financially, and structurally should he be granted any measure of relief.

If given the opportunity, Paul hopes to dedicate his life to helping young people avoid the mistakes that changed the course of his own. He wants to use his lived experience to mentor at-risk youth, promote accountability, and serve as an example of how true personal transformation is possible—even under the most difficult circumstances.

We fully recognize the seriousness of his past actions and do not make this request lightly. However, after 30 years of incarceration, Paul has demonstrated—through his conduct, rehabilitation, and personal growth—that he is no longer a danger, but instead someone who could be a positive asset to society.

On behalf of our entire family, I respectfully ask that you consider supporting Paul Hardy in his pursuit of clemency and a second chance at life beyond prison. Thank you for your time, compassion, and thoughtful consideration.

With deepest respect,

Laquetta Stevenson

Niece of Paul Hardy

Character Reference Letter
Cynthia Sutton
Girlfriend

I'm writing this letter on behalf of Paul Hardy whom I have been in a committed relationship with since June 2007. One of the greatest qualities that drew me respectfully close to Paul was his sincere remorse and the embarrassment he expresses about his past mistakes. He made a life that made him become the man he is today.

During this time, I have known Paul to be a man of deep faith strength and compassion. Despite Paul dealing with his own grief, he played a very special role in my personal healing as well as my spiritual growth. After struggling to overcome a situation I was severely depressed trying to figure out life. Paul's faith, love and encouragement were done through prayers which guided me, helped me grow closer to GOD.

At the age of 61 I thought my life was at an end. Paul would remind me that life still held a purpose and life. His prayers, patience love and understanding gave me comfort during my darkest days

Paul is a great brother and his compassion for others is heartfelt always putting himself last. Paul hardly the man he have become or grown to be is full of life and integrity has made a meaningful impact on my life and the family we share. His personal growth and positive influence has a great impact on our grandson in which we share to keep his growth when trying to understand life at the age of 5 from behind those 4 walls. Paul's ability to remain apologetically positive and easy to continue to becoming a better version of the man he is.

Your Honor, I pray that this letter gives you a glimpse of the the man who unexpectedly came into my life but fate had us the greatest of friendships, un-breakable bond and a life time partner. I respectfully thank you for taking the time to read my letter considering this reflection of us and begin a new Chapter and releasing him back to his family.

Sincerely,
Cynthia Bolton